# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAMILTON, SCOTT F | § | Case No. 14-12707 CAD |
| HAMILTON, JODI E | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/05/2014 .  The undersigned trustee was appointed on 04/05/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $      68,613.43

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,600.00 |
| Bank service fees | 357.26 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]      $      65,656.17

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  08/29/2014  and the deadline for filing governmental claims was  10/02/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,680.67 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,680.67 , for a total compensation of $ 6,680.67 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 52.60 , for total expenses of $ 52.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/17/2015 _____     By:/s/RONALD R. PETERSON _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

**Exhibit A**

| Case No: | 14-12707 | Judge: CAROL A. DOYLE |
|---|---|---|
| Case Name: | HAMILTON, SCOTT F | |
| | HAMILTON, JODI E | |
| For Period Ending: | 07/17/15 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 04/05/14 (f) |
| 341(a) Meeting Date: | 05/27/14 |
| Claims Bar Date: | 08/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 1065 N. Marshfield, Chicago, IL 60622 2-flat, debt | 740,000.00 | 0.00 | | 0.00 | FA |
| 2. 7174 Cascade Road, SE, Grand Rapids, MI 49549 (lot | 110,000.00 | 110,000.00 | | 50,000.00 | FA |
| 3. cash on hand | 141.00 | 0.00 | | 0.00 | FA |
| 4. checking account at Chase | 9,829.57 | 5,613.43 | | 5,613.43 | FA |
| 5. savings account at Chase | 75.85 | 0.00 | | 0.00 | FA |
| 6. savings account at Chase | 317.01 | 0.00 | | 0.00 | FA |
| 7. checking account at MB Financial | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. owe $1275 security deposit for garden unit | 0.00 | 0.00 | | 0.00 | FA |
| 9. usual and ordinary, all approximately 10 years old | 5,000.00 | 4,000.00 | | 0.00 | FA |
| 10. misc | 200.00 | 0.00 | | 0.00 | FA |
| 11. usual and ordinary | 200.00 | 0.00 | | 0.00 | FA |
| 12. wedding rings, engagement ring, watch, costume, mi | 1,500.00 | 750.00 | | 0.00 | FA |
| 13. misc., rollerblades, bicycles | 200.00 | 200.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 14-12707 | Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | HAMILTON, SCOTT F | | Date Filed (f) or Converted (c): | 04/05/14 (f) |
| | HAMILTON, JODI E | | 341(a) Meeting Date: | 05/27/14 |
| | | | Claims Bar Date: | 08/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. American Funds 401K - with loan against | 18,000.00 | 0.00 | | 0.00 | FA |
| 15. UBS 401k | 8,900.00 | 0.00 | | 0.00 | FA |
| 16. Fidelity SEP IRA | 11,482.00 | 0.00 | | 0.00 | FA |
| 17. Principal SEP IRA | 31,221.52 | 0.00 | | 0.00 | FA |
| 18. Fidelity investment account | 5,698.55 | 0.00 | | 0.00 | FA |
| 19. Cortfield Services, Inc. - 2 franchise agreements | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 20. owed for loans to Cortfield Services, Inc. $266,00 | Unknown | 0.00 | | 0.00 | FA |
| 21. possible class action claim against Dream Dinners, | Unknown | 0.00 | | 0.00 | FA |
| 22. 2008 Honda Odyssey with over 60,000 miles | 8,575.00 | 0.00 | | 0.00 | FA |
| 23. 2011 Mercedes C300 with over 16,783 miles | 16,925.00 | 0.00 | | 0.00 | FA |
| 24. Marriot timeshare, Maui, Hawaii | 10,200.00 | 10,200.00 | | 13,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,029,965.50 | $180,763.43 | | $68,613.43 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-12707   Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HAMILTON, SCOTT F | Date Filed (f) or Converted (c): | 04/05/14 (f) |
| | HAMILTON, JODI E | 341(a) Meeting Date: | 05/27/14 |
| | | Claims Bar Date: | 08/29/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 24, 2015, 01:37 pm:  Waiting for Alan Lasko, the estate's accountant, to prepare the tax return.  The estate is
fully administered.

August 12, 2014, 08:53 am  Time share sold (first one) ; cash collected and waiting close Miichigan Real Estate.

Initial Projected Date of Final Report (TFR): 10/01/14        Current Projected Date of Final Report (TFR): 08/31/15

/s/    RONALD R. PETERSON

_____  Date: 07/17/15

RONALD R. PETERSON

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-12707 -CAD | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HAMILTON, SCOTT F | Bank Name: | ASSOCIATED BANK |
| | HAMILTON, JODI E | Account Number / CD #: | *******8703  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0022 | | |
| For Period Ending: | 07/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/14 | 4 | Scott Hamilton | Bank Deposit Account | 1129-000 | 5,613.43 | | 5,613.43 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,603.43 |
| 07/29/14 | | First American Title Company | Sale of Real Estate (Time Share) | | 10,400.00 | | 16,003.43 |
| | | | Memo Amount:     (      1,950.00 ) | 3510-000 | | | |
| | | | Brokerage Commission | | | | |
| | | | Memo Amount:         650.00 ) | 2820-000 | | | |
| | | | Hawaiian Taxes | | | | |
| | 24 | | Memo Amount:      13,000.00 | 1110-000 | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,993.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.77 | 15,969.66 |
| 10/01/14 | 2 | Russell Buechs 1013 N. Paulina Chicago, Il 60622 | Sale of Real Estate | 1110-000 | 50,000.00 | | 65,969.66 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.98 | 65,946.68 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.02 | 65,848.66 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.74 | 65,753.92 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.75 | 65,656.17 |

Page Subtotals        66,013.43        357.26

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 14-12707  -CAD | |
| Case Name: | HAMILTON, SCOTT F | |
| | HAMILTON, JODI E | |
| Taxpayer ID No: | *******0022 | |
| For Period Ending: | 07/17/15 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8703  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 13,000.00 | COLUMN TOTALS | | 66,013.43 | 357.26 | 65,656.17 |
| Memo Allocation Disbursements: | 2,600.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 66,013.43 | 357.26 | |
| Memo Allocation Net: | 10,400.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 66,013.43 | 357.26 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 13,000.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 2,600.00 | | Checking Account (Non-Interest Earn - *******8703 | 66,013.43 | 357.26 | 65,656.17 |
| Total Memo Allocation Net: | 10,400.00 | | | 66,013.43 | 357.26 | 65,656.17 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: July 17, 2015 |

Case Number:    14-12707

Claim Class, Priority Sequence

Debtor Name:    HAMILTON, SCOTT F

Joint Debtor:  HAMILTON, JODI E

Claims Bar Date: 08/29/14

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 001 2100-00 | RONALD R. PETERSON, CHAPTER 7 TRUSTEE C/O JENNER & BLOCK LLP 353 NORTH CLARK STREET CHICAGO, IL  60654-3456 | Administrative | | $0.00 | $6,680.67 | $6,680.67 |
| 000007 001 2200-00 | RONALD R. PETERSON, CHAPTER 7 TRUSTEE C/O JENNER & BLOCK 353 NORTH CLARK STREET CHICAGO, IL  60654-3456 | Administrative | | $0.00 | $52.60 | $52.60 |
| 000008 001 3410-00 | ALAN D. LASKO & ASSOCIATES, P.C. 205 West Randolph Street Suite 1150 Chicago, IL  60606 | Administrative | | $0.00 | $1,367.00 | $1,367.00 |
| 000009 001 3420-00 | ALAN D. LASKO & ASSOCIATES, P.C. 205 West Randolph Street Suite 1150 Chicago, IL  60606 | Administrative | | $0.00 | $15.39 | $15.39 |
| 000001 070 7100-90 | CERASTES, LLC C O WEINSTEIN,PINSON AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | Filed 07/18/14 | $0.00 | $6,496.89 | $6,496.89 |
| 000002 070 7100-90 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 08/11/14 | $0.00 | $22,553.17 | $22,553.17 |
| 000003 070 7100-90 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | Filed 08/19/14 | $0.00 | $7,469.43 | $7,469.43 |
| 000004 070 7100-90 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | Filed 08/24/14 | $0.00 | $279.33 | $279.33 |
| 000005B 070 7100-00 | JPMORGAN CHASE BANK, N.A. Attn:  Laureri Newman Thompson Coburn LLP 55 East Monroe Street, 37th Floor Chicago, IL  60603 | Unsecured | Filed 08/29/14 | $0.00 | $80,802.86 | $80,802.86 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: July 17, 2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 14-12707 | | Claim Class, Priority Sequence | | | |
| Debtor Name: | HAMILTON, SCOTT F | | | Joint Debtor: HAMILTON, JODI E | | |
| Claims Bar Date: | 08/29/14 | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005A<br>080<br>4110-00 | JPMorgan Chase Bank, N.A.<br>c/o Thompson Coburn LLP<br>Lauren Newman<br>55 E. Monroe Street - 37th Floor<br>Chicago, IL 60603 | Secured | Filed 08/29/14 | $0.00 | $133,671.00 | $133,671.00 |
| | Case Totals: | | | $0.00 | $259,388.34 | $259,388.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-12707 CAD
Case Name: HAMILTON, SCOTT F
          HAMILTON, JODI E
Trustee Name: RONALD R. PETERSON

Balance on hand                          $          65,656.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | JPMorgan Chase Bank, N.A. c/o Thompson Coburn LLP Lauren Newman 55 E. Monroe Street - 37th Floor Chicago, IL 60603 | $     133,671.00 | $     133,671.00 | $          0.00 | $          0.00 |

Total to be paid to secured creditors          $          0.00

Remaining Balance                              $          65,656.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $     6,680.67 | $          0.00 | $     6,680.67 |
| Trustee Expenses: RONALD R. PETERSON | $          52.60 | $          0.00 | $          52.60 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $     1,367.00 | $          0.00 | $     1,367.00 |
| Other: ALAN D. LASKO & ASSOCIATES, P.C. | $          15.39 | $          0.00 | $          15.39 |

Total to be paid for chapter 7 administrative expenses    $        8,115.66

Remaining Balance    $        57,540.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,601.68  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  48.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 000001 | CERASTES, LLC C O WEINSTEIN,PINSON AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 6,496.89 | $ 0.00 | $ 3,178.82 |
| 000002 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 22,553.17 | $ 0.00 | $ 11,034.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $       7,469.43 | $       0.00 | $       3,654.67 |
| 000004 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $        279.33 | $       0.00 | $        136.67 |
| 000005B | JPMORGAN CHASE BANK, N.A. Attn:  Laureri Newman Thompson Coburn LLP 55 East Monroe Street, 37th Floor Chicago, IL  60603 | $      80,802.86 | $       0.00 | $      39,535.47 |

Total to be paid to timely general unsecured creditors      $_____57,540.51

Remaining Balance                        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE