UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
HAMILTON, SCOTT F § Case No. 14-12707 CAD
HAMILTON, JODI E §
 §
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 785,650.00<br>*(Without deducting any secured claims)* | Assets Exempt: 118,502.07 |
| Total Distributions to Claimants: 57,540.51 | Claims Discharged<br>Without Payment: 555,666.16 |
| Total Expenses of Administration: 11,072.92 | |

    3) Total gross receipts of $ 68,613.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 68,613.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 866,455.00 | $ 133,671.00 | $ 133,671.00 | $ 39,535.47 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,188.58 | 19,188.58 | 11,072.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 456,069.52 | 117,601.68 | 117,601.68 | 18,005.04 |
| TOTAL DISBURSEMENTS | $ 1,322,524.52 | $ 270,461.26 | $ 270,461.26 | $ 68,613.43 |

4) This case was originally filed under chapter 7 on 04/05/2014 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2015            By:/s/RONALD R. PETERSON
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7174 Cascade Road, SE, Grand Rapids, MI 49549 (lot | 1110-000 | 50,000.00 |
| Marriot timeshare, Maui, Hawaii | 1110-000 | 13,000.00 |
| checking account at Chase | 1129-000 | 5,613.43 |
| **TOTAL GROSS RECEIPTS** | | **$68,613.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 351,606.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 279,816.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | 199,723.00 | NA | NA | 0.00 |
| | Mb Fin Svcs 36455 Corporate Dr Farmington Hills, MI 48331 | | 27,818.00 | NA | NA | 0.00 |
| | Msu Fed Cu Po Box 1208 East Lansing, MI 48826 | | 7,492.00 | NA | NA | 0.00 |
| 000005A | JPMORGAN CHASE BANK, N.A. | 4110-000 | NA | 133,671.00 | 133,671.00 | 39,535.47 |
| **TOTAL SECURED CLAIMS** | | | **$ 866,455.00** | **$ 133,671.00** | **$ 133,671.00** | **$ 39,535.47** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 6,680.67 | 6,680.67 | 6,680.67 |
| RONALD R. PETERSON, CHAPTER 7 TRUST | 2100-000 | NA | 6,680.67 | 6,680.67 | 0.00 |
| RONALD R PETERSON | 2200-000 | NA | 52.60 | 52.60 | 52.60 |
| RONALD R. PETERSON, CHAPTER 7 TRUST | 2200-000 | NA | 52.60 | 52.60 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 357.26 | 357.26 | 357.26 |
| Hawaiian Taxes | 2820-000 | NA | 650.00 | 650.00 | 650.00 |
| ALAN D. LASKO & ASSOC. | 3410-000 | NA | 1,367.00 | 1,367.00 | 1,367.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 1,367.00 | 1,367.00 | 0.00 |
| ALAN D. LASKO | 3420-000 | NA | 15.39 | 15.39 | 15.39 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 15.39 | 15.39 | 0.00 |
| Brokerage Commission | 3510-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,188.58 | $ 19,188.58 | $ 11,072.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex/American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 23,593.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 6,456.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 22,630.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 21,226.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 7,111.00 | NA | NA | 0.00 |
| | Citibank Usa Po Box 20507 Kansas City, MO 64195 | | 6,500.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Harlem Furniture Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Dream Dinners International 610 1st Street Snohomish, WA 98290 | | 254,000.00 | NA | NA | 0.00 |
| | GECRB/Banana Republic Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 328.00 | NA | NA | 0.00 |
| | Msu Fed Cu Po Box 1208 East Lansing, MI 48826 | | 4,378.00 | NA | NA | 0.00 |
| | Property Consultants 2200 N. Damen Chicago, IL 60647 | | 35,000.00 | NA | NA | 0.00 |
| | RB Resolution Properties 2221 Campden Circle Oak Brook, IL 60523 | | 60,000.00 | NA | NA | 0.00 |
| | Sysco 1390 Enclave Parkway Houston, TX 77077 | | 14,847.52 | NA | NA | 0.00 |
| 000005B | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 80,802.86 | 80,802.86 | 0.00 |
| 000002 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 22,553.17 | 22,553.17 | 11,034.88 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL RECOVERY V, LLC | 7100-900 | NA | 279.33 | 279.33 | 136.67 |
| 000001 | CERASTES, LLC | 7100-900 | NA | 6,496.89 | 6,496.89 | 3,178.82 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 7,469.43 | 7,469.43 | 3,654.67 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 456,069.52 | $ 117,601.68 | $ 117,601.68 | $ 18,005.04 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-12707 | Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | HAMILTON, SCOTT F | | Date Filed (f) or Converted (c): | 04/05/14 (f) |
| | HAMILTON, JODI E | | 341(a) Meeting Date: | 05/27/14 |
| For Period Ending: | 10/13/15 | | Claims Bar Date: | 08/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1065 N. Marshfield, Chicago, IL 60622 2-flat, debt | 740,000.00 | 0.00 | | 0.00 | FA |
| 2. 7174 Cascade Road, SE, Grand Rapids, MI 49549 (lot | 110,000.00 | 110,000.00 | | 50,000.00 | FA |
| 3. cash on hand | 141.00 | 0.00 | | 0.00 | FA |
| 4. checking account at Chase | 9,829.57 | 5,613.43 | | 5,613.43 | FA |
| 5. savings account at Chase | 75.85 | 0.00 | | 0.00 | FA |
| 6. savings account at Chase | 317.01 | 0.00 | | 0.00 | FA |
| 7. checking account at MB Financial | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. owe $1275 security deposit for garden unit | 0.00 | 0.00 | | 0.00 | FA |
| 9. usual and ordinary, all approximately 10 years old | 5,000.00 | 4,000.00 | | 0.00 | FA |
| 10. misc | 200.00 | 0.00 | | 0.00 | FA |
| 11. usual and ordinary | 200.00 | 0.00 | | 0.00 | FA |
| 12. wedding rings, engagement ring, watch, costume, mi | 1,500.00 | 750.00 | | 0.00 | FA |
| 13. misc., rollerblades, bicycles | 200.00 | 200.00 | | 0.00 | FA |

LFORM1

Ver: 19.00

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-12707 | Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | HAMILTON, SCOTT F | | Date Filed (f) or Converted (c): | 04/05/14 (f) |
| | HAMILTON, JODI E | | 341(a) Meeting Date: | 05/27/14 |
| | | | Claims Bar Date: | 08/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. American Funds 401K - with loan against | 18,000.00 | 0.00 | | 0.00 | FA |
| 15. UBS 401k | 8,900.00 | 0.00 | | 0.00 | FA |
| 16. Fidelity SEP IRA | 11,482.00 | 0.00 | | 0.00 | FA |
| 17. Principal SEP IRA | 31,221.52 | 0.00 | | 0.00 | FA |
| 18. Fidelity investment account | 5,698.55 | 0.00 | | 0.00 | FA |
| 19. Cortfield Services, Inc. - 2 franchise agreements | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 20. owed for loans to Cortfield Services, Inc. $266,00 | Unknown | 0.00 | | 0.00 | FA |
| 21. possible class action claim against Dream Dinners, | Unknown | 0.00 | | 0.00 | FA |
| 22. 2008 Honda Odyssey with over 60,000 miles | 8,575.00 | 0.00 | | 0.00 | FA |
| 23. 2011 Mercedes C300 with over 16,783 miles | 16,925.00 | 0.00 | | 0.00 | FA |
| 24. Marriot timeshare, Maui, Hawaii | 10,200.00 | 10,200.00 | | 13,000.00 | FA |

TOTALS (Excluding Unknown Values)  $1,029,965.50   $180,763.43   $68,613.43

Gross Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-12707    Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HAMILTON, SCOTT F | Date Filed (f) or Converted (c): | 04/05/14 (f) |
| | HAMILTON, JODI E | 341(a) Meeting Date: | 05/27/14 |
| | | Claims Bar Date: | 08/29/14 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 24, 2015, 01:37 pm:  Waiting for Alan Lasko, the estate's accountant, to prepare the tax return.  The estate is fully administered.

August 12, 2014, 08:53 am  Time share sold (first one) ; cash collected and waiting close Miichigan Real Estate.


Initial Projected Date of Final Report (TFR): 10/01/14        Current Projected Date of Final Report (TFR): 08/31/15


           /s/    RONALD R. PETERSON
_____ Date: 10/13/15
        RONALD R. PETERSON

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-12707 -CAD | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | HAMILTON, SCOTT F | Bank Name: | ASSOCIATED BANK |
| | HAMILTON, JODI E | Account Number / CD #: | *******8703 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0022 | | |
| For Period Ending: | 10/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/14 | 4 | Scott Hamilton | Bank Deposit Account | 1129-000 | 5,613.43 | | 5,613.43 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,603.43 |
| 07/29/14 | | First American Title Company | Sale of Real Estate (Time Share) | | 10,400.00 | | 16,003.43 |
| | | | Memo Amount:  ( 1,950.00 ) | 3510-000 | | | |
| | | | Brokerage Commission | | | | |
| | | | Memo Amount:  ( 650.00 ) | 2820-000 | | | |
| | | | Hawaiian Taxes | | | | |
| | 24 | | Memo Amount:  13,000.00 | 1110-000 | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,993.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.77 | 15,969.66 |
| 10/01/14 | 2 | Russell Buechs 1013 N. Paulina Chicago, Il 60622 | Sale of Real Estate | 1110-000 | 50,000.00 | | 65,969.66 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.98 | 65,946.68 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.02 | 65,848.66 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.74 | 65,753.92 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.75 | 65,656.17 |

Page Subtotals   66,013.43   357.26

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-12707 -CAD | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HAMILTON, SCOTT F | | Bank Name: | ASSOCIATED BANK |
| | HAMILTON, JODI E | | Account Number / CD #: | *******8703  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0022 | | | |
| For Period Ending: | 10/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/28/15 | 030001 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Trustee's compensation | 2100-000 | | 6,680.67 | 58,975.50 |
| 08/28/15 | 030002 | Ronald R Peterson<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Trustee Expenses | 2200-000 | | 52.60 | 58,922.90 |
| 08/28/15 | 030003 | Alan d. Lasko & Assoc. | Accountant fees | 3410-000 | | 1,367.00 | 57,555.90 |
| 08/28/15 | 030004 | Alan D. Lasko | Accountant's Expenses | 3420-000 | | 15.39 | 57,540.51 |
| 08/28/15 | 030005 | JPMorgan Chase Bank, N.A.<br>c/o Thompson Coburn LLP<br>Lauren Newman<br>55 E. Monroe Street - 37th Floor<br>Chicago, IL 60603 | (5-1) Money loaned | 4110-000 | | 39,535.47 | 18,005.04 |
| 08/28/15 | 030006 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution | 7100-900 | | 3,178.82 | 14,826.22 |
| 08/28/15 | 030007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (2-1) CREDIT CARD DEBT | 7100-900 | | 11,034.88 | 3,791.34 |
| | | | Page Subtotals | | 0.00 | 61,864.83 | |

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-12707 -CAD | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | HAMILTON, SCOTT F | Bank Name: | ASSOCIATED BANK |
|  | HAMILTON, JODI E | Account Number / CD #: | *******8703 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0022 |  |  |
| For Period Ending: | 10/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/28/15 | 030008 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final distribution | 7100-903 |  | 3,674.67 | 116.67 |
| * 08/28/15 | 030008 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final distribution Check was $30.00 too high. | 7100-903 |  | -3,674.67 | 3,791.34 |
| 08/28/15 | 030009 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final distribution | 7100-900 |  | 3,654.67 | 136.67 |
| 08/28/15 | 030010 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | (4-1) BANANA REPUBLIC | 7100-900 |  | 136.67 | 0.00 |

Page Subtotals 0.00 3,791.34

Ver: 19.00

LFORM24

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-12707 -CAD | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | HAMILTON, SCOTT F | | Bank Name: | ASSOCIATED BANK |
| | HAMILTON, JODI E | | Account Number / CD #: | *******8703 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0022 | | | |
| For Period Ending: | 10/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 13,000.00 | COLUMN TOTALS | | 66,013.43 | 66,013.43 | 0.00 |
| | Memo Allocation Disbursements: | 2,600.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 66,013.43 | 66,013.43 | |
| | Memo Allocation Net: | 10,400.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 66,013.43 | 66,013.43 | |
| | Total Allocation Receipts: | 13,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 2,600.00 | Checking Account (Non-Interest Earn - *******8703 | | 66,013.43 | 66,013.43 | 0.00 |
| | Total Memo Allocation Net: | 10,400.00 | | | 66,013.43 | 66,013.43 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*